FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 24 2015

JAMES N. HATTEN, CLERK


By: _____ Deputy Clerk

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Brandon Ray Young #1004623
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

**1:15-CV-1372**

Georgia Department of Corrections
Board of Pardons and Paroles
Unit Manager Kevin Davis
C.O.I Deltonio Scott  COI Eddie King
& Tarvus Knight
(Enter above the full name of the defendant(s).)

### I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)   No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): Myself

      Defendant(s): Pizza Hut

   2. Court (name the district):
      U.S.D.C Northern District Georgia Russell Bldg.
      75 Spring Street SW, Atlanta Georgia 30303-3309

   3. Docket Number: _____

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _?_

    5. Did the previous case involve the same facts?

        Yes ( )  No (✓)

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

    7. Approximate date of filing lawsuit: _2/12/2015_

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: _Hays State Prison P.O. Box 668 777 Underwood Drive, Trion, Georgia, 30753_

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)  No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)  No ( )

    D. If your answer is YES:

        1. What steps did you take and what were the results? _Jan 12 or so 2014 during Audit my grievance was given to Counselor Autry in front of Regional Director Steven Upton, Warden Alan Carter, 8 also Capt. Hodges, DW Jefferson, Admin Warden Rigsby and UM Kevin Davis - No Response this was done on a Blue formal grievance form_

        2. If your answer is NO, explain why not: _____

Rev. 12/5/07

**V. Relief (Cont'd)**

Also, The Georgia Department of Corrections recovery of Damages & punitive damages additional care & observation of all State employees for ct times employees may hold personal grudges or harbored hatred, Individualized segregation from State Inmates whom are gang affiliated or of same race, Culture, or creed as that officers involved or Hispanic.

Also, Mandamus the sum of 156,017,185,632,996.04$ that is one Hundred fifty six trillion, seventeen Billion, one Hundred eighty five million, six hundred thirty two thousand, nine hundred ninety six dollars & four cents in financial recovery being property value, assets, public storage or other agreed upon ownership assets that may be rewarded. perhaps the plantiff is successive. Imin, Imin, Imin

Signed this __17th__ day of __May__, 20__15__.

_Brandon Young_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Chattooga__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __5/29/2015__
(Date)

_Brandon Young_
Signature of Plaintiff

**Certificate of Service**

This is to certify that I have this day served the United States District Court for the Northern District Georgia this Civil Rights Complaint pursuant to 42 USC §1983 to 2211 U.S. Courthouse 75 SpringStreet S.W. Atlanta, Georgia 30303 by United States Mail with adequate postage to the Clerk, US District Court.

Rev. 12/5/07